**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Heath Sanders

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC,<br><br>    Defendant. | **Case No.:** CV15-9300 JEM<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JOHN E. MCDERMOTT** |

///
///
///
///
///
///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff HEATH SANDERS ("Plaintiff") and Defendant MIDLAND FUNDING LLC ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 30 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 5, 2017 for filing a Joint Dismissal.

Dated: February 5, 2017    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 5th day of February 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

___/s/ Matthew M. Loker___
Matthew M. Loker