# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEATH SANDERS,**<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**MIDLAND FUNDING LLC,**<br><br>　　　　　Defendant. | **Case No.:** CV15-9300 JEM<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL**<br><br>**HON. JOHN E. MCDERMOTT** |

　　　Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 9, 2017　　　　　　　　　_John E. McDermott_____

　　　　　　　　　　　　　　　　　　　　　HON. JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

**PROOF OF SERVICE**